

VINCENT K. EVANS
P. O. BOX 1931
Hollywood, CA  90078
Tel: 323/774-2892

IN PRO PER

)
)
)
)
)
)
)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CV17-5809-RGK(KES)

VINCENT K. EVANS

Plaintiff

vs.

INTERNAL REVENUE SERVICE,
AMERICAN AIRLINE: STAPLES,
CURACAO, APPLE INC: T-MOBILE
VERIZON: YAHOa.com; HOTMAIL
.com.

DEFENDANTS

) COMPLAINT NO:
)
)
)
)
)
)
)
) CIVIL RIGHTS VIOLATION;
) US CONSTITION VIOLATIONS
) DESTRUCTION OF PROPERTY;
) INVASION OF PRIVACY:
) USAGE OF GOVERNMENT
) HIGH TECH EQUIPMENTS
) TO PROMOTE AND ENFORCE
) RACISM: CRUEL AND
) UNUSUAL PUNISHMENT
)
)

(1) IN OCTOBER 2013 AN Appeal WAS SUBMITTED TO THE NINTH CIRCUIT COURT OF Appeal UNITED States, AFTER THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA RULED THAT CASE # CV10-03200 DSF(RZx) WAS EXPIRED. THE COMPLAINANT DISAGREED.

(2) ON MARCH 04, 2016 COMPLAINANT LEFT LOS ANGELES TO ATTEND MOTHER'S FUNERAL IN LONDON England. Upon RETURN ON MARCH 14, 2016 THE NINTH CIRCUIT MANDATE WAS ALREADY LATE AND THE DELL COMPUTER WAS TAMPERED WITH AND MALFUNCTIONED.

IT WAS TAKEN TO OFFICE DEPOT

(1)

FOR FIXING AND TO UPGRADE TO WINDOWS 10.

(3) OFFICE DEPOT SAVED THE FILES AND PROCEEDED TO DOWNLOAD AFTER TWO DAYS, THE DOWNLOAD WAS INCOMPLETE. IT WAS TAKEN NEXT TO STAPLES AT Santa Monica AND Vermont. THEY INSTRUCTED THAT IT NEED A NEW OPERATING SYSTEM A NEW OPERATING SYSTEM AND WINDOWS 10 WERE BOUGHT FOR THE COMPUTER.

(4) THE OPERATING SYSTEM AND WINDOWS 10 WERE INSTALLED THE INSTALLER DEMANDED FULL PAYMENT UPFRONT

(2)

THOUGHT THAT TO BE A BIT ODD. HALF USUALLY IS PAID AT FIRST HE WAS PAID IN FULL HE TOOK THE EMAL ADDRESS AND PASS WORD FOR THE DELL COMPUTER. AFTER USING THE COMPUTER FOR SOME TIME IT DAWN ON THE COMPLAINANT THAT THE TECHNICIAN DID NOT ASK THE COMPLAINANT TO USE THE PASSWORD TO OPEN THE COMPUTER. THEY NORMALLY ASKED FOR THIS.

(6) The Staples TECHNICIAN ADDED THE IRS WHO TOOK CONTROL OF THE COMPUTER. WITHOUT THE EXPRESS WILL OR PERMISSION OF THE COMPLAINANT, THERE WAS A BLOCK OF

(3)

INFORMATION THAT STREAM ON THE SCREEN SAYING "NOT FOUND" WITH LETTERS AND NUMBERS BEFORE THE NEW SYSTEM WAS INSTALLED. STAPLES DID NOT STOPPED ANY WARRANT OR COURT ORDER. THE COMPLAINANT DID NOT AND HAVE NOT RECIEVED ANY DIRECTIVE FOR INFORMATION FROM THE INTERNAL REVENUE SERVICE.

(5) THE ROUGH DRAFT OF ABOUT FIFTEEN PAGES WAS COMPLETED FOR THE NINTH CIRCUIT COURT OF APPEALS. THE IRS INTERFERED IN EVERY SENTENCE AS COMPLAINANT REFERRED TO A PASSAGE OF SCRIPTURE FROM II SAMUEL CHAPTER 12 WHEN THE RICH STOLE THE POOR MAN'S EWE LAMB AND DRESS IT FOR THE TRAVELER INSTEAD OF

(4)

ONE OF HIS VAST FLOCKS. DAVID WAS "BURNED IN ANGER" AN SAID THE RICH MAN WOULD HAVE TO REPAY FOUR-FOLD. THE IRS WITHOUT AUTHORITY DELETED THE FIFTEEN PAGE DOCUMENT COMPLAIN-ANT TRY TO GET RID OF THIS INTRUDER FROM OFF THE COMPUTER. BUT COULD NOT. HELPLESS THE COMPLAINANT SETTLED TO REWRITE THE ENTIRE DOCUMENT UNDER THE IRS HEADING.

(6) IN 2004 EMC MORTGAGE CORPORATION SOLD A THREE UNIT APARTMENT. THEY WERE NOT A PARTY OF INTEREST. THE CASE TRAVELLED THROUGH THE VARIOUS STATE COURTS TO THE THE

(5)

UNITED STATES DISTRICT COURT CENTRAL BECAUSE THE FEDERAL TRADE Commison SUED EMC. THE CASE WAS SETTLED AFTER BEING BEATEN DOWN IN THE STATE COURT MY CONVICTION THAT A CRIME WAS COMMITED AFTER VAL CHRIS INVESTMENT SEND ESCROW DETAILS AND REQUEST A PAY OFF DATE OF JANUARY 10, 2004. EXHIBIT A EMC WITHOUT AUTHORITY SOLD THE PROPERTY ON JANUARY 06, 2004. EMC DID NOT OWN THE PROPERTY.

[7] The FEDERAL TRADE Commisson SENT LETTER DATED MAY 07, 2009 EXHIBIT B, ANOTHER ON MAY 22, 2009

( 6 )

EXHIBIT C , AND ANOTHER ON SEPTEMBER 25. 2009, EXHIBIT D THE ONE YEAR STATUTE OF LIMITATION WAS IMPORTANT TO THE COMPLAINANTS claim.

(8) IN 2011 A COMPLIMENTARY COPY OF A FILLING WAS OFFERED AT AT THE STATE APPEALS OFFICE. I COMPLAINANT OBTAINED A copy

A PETITION WAS FILED AT THE UNITED STATES SUPREME COURT. EXHIBIT E BECAUSE OF THE UNLAWFUL IN INCLUSION OF THE IRS ON COMPLAINANTS COMPUTER BY STAPLES WITHOUT PERMISSION DELETION OF DAYS OF WORK FROM COMPLAINANTS COMPUTER HAVE CAUSED SEVER INJURY AS

(7)

THE UNITED STATES SUPREME COURT LOST JURISDICTION OF THE CASE.

STAPLES INVADED PRIVACY LAWS AND ACTED UNLAWFULLY, GIVING ENTRY TO THE IRS WHO HIJACKED AND COMMANDEER THE COMPUTER. STAPLES DID NOT PROVIDE A WARRANT OR COURT ORDER. ANY INFORMATION WANTED BY THE IRS WOULD HAVE BEEN PROVIDED. THERE WAS NO REQUEST MADE BY PHONE OR BY LETTER STAPLES AND THE IRS ARE RESPONSIBLE FOR COMPLIANANTS INJURIES AND LOST SUFFERD.

(9) PROVERB 28 VERSE ONE. "THE WICKED FLEE WHEN NO MAN PURSUETH"

(8)

A PART FROM BEEN EVIL THEY QUICKLY PLACE BLAME, PENALIZED, CAUSE GOUGES AND INJURING THE COMPLAINANT.

(a) COMPLAINANT BOOKED A FLIGHT ON AMERICAN AIRLINES. DECEMBER 2015. CHECKED IN AT A KIOSK FOR SOME unknown REASON COMPLAINANT HAVE TO CHECK IN AT THE COUNTER. AFTER FOUR TRIES. AND DAYS LATER COSTING EXCESSIVE AMOUNT OF MONEY. COMPLAINANT BOOKED A FIRST CLASS SEAT TO HELP REDUCE THE COST OF LUGGAGE. THREE PIECES WAS TO BE FREE, AND TWO OTHER PIECES THE COST SHOULD BE PAID FOR BECAUSE OF THE IRS INTERFERANCE I had to PAAY FOR

(9)

ALL FIVE PIECES OF LUGGAGE, MAXING OUT CREDIT CKRDS SO AS TO GET ON THE PLANE AFTER FOUR TRIES. "

(6). THE IRS SaboTage INTENSIFIED. AFTER THE COMPLAINANT GOT A CONTRACT BUT NEEDED A PERFORMANCE BOND WENT TO LOS ANGELES Unifien School District LAUSD. TO USE THEIR COMPLEMENTARY LOBBY COMPUTER, TO SEEK HELP TO GET THE BOND. A PHONE CALL CAME IN PRETENDING AS A LOAN OFFICER. COMPLAINANT HAD JUST FINISHED A $ 8,905 CONTRACT AND JUST PREPARING FOR $ 81,550, 00 WHICH SHOULD QUALIFIED COMPLAINANT FOR FOR A $150,000 LOAN. BY COMBINING

(10)

$8,885. COMPLAINANT MADE AND SIGNED A CONTRACT FOR $81,550 THE MONTHLY AVERAGE OF $30,000 WOULD QUALIFIED THE COMPANY FOR A $150,000 LOAN Financing

COMPLAINANT APPLIED TO APPROXIMATELY TEN DIFFERENT LOAN COMPANIES INCLUDING KABBAGE AND SOFI THEY REQUESTED THE SAME DOCUMENTS IRS INTERSEPTED AND SCARED THEM ALL. THE $81,550. CONTRACT WAS TO BEGIN MAY 28, 2016 END JUNE 28, 2016. LAUSD WAS CONSIDERATE AND SANCELLING THE CONTRACT ON JUNE 27, 2016 DUE TO THE INABILITY TO OBTAIN THE PERFORMANCE BOND.

C C ) NOT FINISHING THE CONTRACT

( 1 )

PLUNGED THE COMPANY IN A FINANCIAL CRISES. THE IRS USED CRUEL AND UNUSUAL PUNISHMENT. COMPLAINANT IS A CERTIFIED DISADVANTAGED MINORITY. THE $81,550 WAS THE BIGGES CONTRACT EVER OBTAINED AND BID ON BIGGER PROUECTS AND DID GOT SIGNED CONTRACT OF $110,000 20 YEAR AGO. BUT COULD NOT GET THE FUNDS TO PAY FOR THE PERFORMANCE PREMIUM. THEREFORE DID NOT GET THE JOB.

(d) USING A BLACKBERRY PHONE THE IRS SCRAMBLE INFORMATION GIVING SENSATION THAT YOU ARE DEALING WITH CRIMINALS.

A ALSO PUBLISHED A JOB-WALK

(12)

LATE JUNE. THE DATE GIVEN WAS JULY 06, 2016. On THAT DATE THE COMPLAINANT WENT TO THE ADVERTISED SCHOOL. THE SECURITY AT THE SCHOOL SAID HE WAS NOT AWARE OF A JOB-WALK ON JUNE 06, 2016 BECAUSE ON JUNE 05, 2016 THERE WERE ABOUT FIFTEEN BIDDERS THAT CAME TO THE JOB WALK. HE GAVE A PASS TO GO TO THE OFFICE. THE LADY IN THE OFFICE CONFIRMED THERE WAS NO-JOB WALK SCHEDULE FOR JUNE 06, 2016.

The IRS sabotage a $81,550.00 SENDING THE BUSINESS IN DEFAULT AND THEN SUPPLYING MIS-IMFORMATION TO PREVENT

(13)

ONE FROM GETTING ANOTHER CONTRACT THIS IS UNHUMAN. A TEXT CAME FROM FLORIDA PERTAINING TO THE NEEDED BOND. IT WAS DELETED. PRIVACY IS A GOD GIVING PRIVILEGE. GOD COMMUNICATE WITH ONLY ONE PERSON. THERE IS NO SECOND OR THIRD PERSON OY FAMILY OY GROUP. ONE DIRECT COMMUNICAN WITH ONE INDIVIDUAL THEREFORE, TO WYTAPE THE PHONE OR COMPUTER WITHOUT AN EXPRESS PERMISSION IS UNLAWFUL INVASION OF PRIVACY BY THE IRS.

(e) THE BLACKBERRY PHONE SEEMS TO LACK PRIVACY PROTECTION. RELUCTANTLY IT WAS FORCED TO GET PROTECTION

(14)

AFTER THE BIDWALK DATE WAS SCRAMBLED

I LEFT THE SCHOOL AND WENT TO THE CARACOA STORE TO GET AN I-PHONE. AT FIRST THEY COULD NOT FIND A BLACK COVER. BUT A TELEPHONE CALL IN SPANISH "BECOMES THE JUDGE, THE JURY AND THE EXECUTONER." WHEN A BLALIG COMPLAINANT IS AT THE COUNTER, THEIR STAFF MEETING LAST 15-20 MINUTES. THE FEMALE CLERK COULD SPEAK ENGLISH, BUT ONE MAY CONCLUDED SHE HAD A LITTLE DIFFICULTY. THE COMPLAINANT RETAINED THE BLACKBERRY NUMBER. AND REQUESTED THE CLERK TO HELP GET THE TELEPHONE SECURED. SHE REPLIED THE MANAGER INSTRUCTED THEM

(15)

NOT TO ASSIST IN IMITATING OPERATION OF THE PHONE. SHE DID NOT MENTIONED THE PHONE WAS COMPROMISED TO ALLOW AN UNAUTHORISED ENTRY TO THE OPERATION OF THE PHONE. OR THAT THE WARRANTY WAS BREACHED. OR THAT THE COMPLAINANT WAS NOT THE SOLE USER OF THE PHONE.

THE FIRST USAGE COMPLAINANT USED THE PHONE TO FIND OUT HOW TO FIX A BICYCLE DERAILLEUR THE VIDEO FREEZE ON THE PHONE AND BECAME OPENING OF THE PHONE. COMPLAINANT COULD NOT TAKE IT OFF THE PHONE. THEY BREACHED THE WARRANTY OF THE PHONE AND THE

( 16 )

OPERATION SYSTEM OF THE PHONE. THEY OFFERED NO WARRANT OR COURT ORDER TO TAMPER WITH THE I-PHONE. THEN IRS PUT A "GIMMIKY LAUGHING MONKEY ICON" OF THE KEY BOARD OF THE PHONE COMPLAINANT HAD NO OPPORTUNITY TO REMOVE THIS OFFENSIVE ICON, COMPLAINANT GREAT GRAND MOTHER WAS NOT A MONKEY, OR COMPLAINANT GRAND PARENTS WERE NO MONKEYS, COMPLAINANT PARENTS WERE NO MONKEYS. MONKEYS DO NOT WRITE COMPLAINS TO COURTS. GOD MADE THE MONKEYS FOR HIS OWN PURPOSES, COMPLAINANTS I-PHONE IS TOTALLY CONTROL CONTROL BY THE IRS. THEY MAKE CALLS

(17)

DELETE CALLS. HANG UP ON CALLS, TAKE UNAUTHORISED PHOTOGRAPH WHEN EVER THEY WANTS TO WHEN EVER, WHERE COMPLAINANTS USE THE PHONE. AND IT IS SUSPECTED THAT THESE INVASION OF PRIVACY PHOTOS ARE BEING SHARED OR POSTED ON SOCIAL MEDIA. THERE HAVE BEEN THIS INVASION OF PRIVACY THAT IS ON GOING SINCE THE YEAR 2000 UNSCRUPULOUS CRIMINAL ELEMENTS. WHEN EVER COMPLAINANT MAKE A CALL THE IRS TELLS THEM TO LOOK ON HALF OF MY FACE THROUGH SOME STRAIGHT EDGE LIKE STREET LIGHT POST OR THROUGH THE CORNER OF EYES IF CLOSE BY, TO SEE THEIR DEFECTS

(18)

ON COMPLAINANTS FACE, STARTED BY CRIMINAL ELLIMENTS AND IS PROPOGATED BY THE IRS, INSTEAD OF CHANNELLING THIS MORAL CRIME TO THE APPROPRIATE AUTHORITIES

(f) AN IMAC COMPUTER WAS PURCHASE FROM CURACAO. IT WAS PICKED UP IN HUNTINGTON PARK. WHERE THE COMPUTER WAS TURNED ON, THERE WAS A THIRTEEN. ITEMISED INSTRUCTION ON HOW TO USED THE COMPUTER. BEFORE COMPLAINANT COULD FINISH WITH THE FIRST ITEM, ALL THE ITEMS WERE WIPED OF THE SCREEN. TRIED TO GET BACK THE INFORMATION TO NO AVAIL, COMPLAINANT RETURN TO CURACAO, THEY EXAMINED

(19)

THE COMPUTER, DELIVERED BACK AFTER THEIR EXAMINATION. IT WAS RETURN, AGAIN AS THE SAME PROBLEM EXISTED. THE TECHNICIAN GAVE INSTRUCTION TO TAKE IT TO APPLE AT THE GROVE AS THERE WAS A WARRANTY. I TOOK IT TO THE GROVE WHERE A REPRESENTITIVE WENT THROUGH THE INITIAL SET UP OF THE COMPUTER. THEY NEEDED MY TELEPHONE TO GET A TEXT FROM T-MOBILE, LEAVING THE COMPUTER AT THE GROVE RETURN HOME FOR THE PHONE. THE COMPUTER, WAS PRESUMABLE SET UP AND FUNCTIONING. IT WAS NOTICED THAT THERE WERE A LOT OF FINGER PRINTS ON THE SCREEN

(20)

TELL TAIL SIGN THAT THE COMPUTER WAS TAMPERED WITH WHILE BEING A WAY TO GET THE PHONE. STARTING THE COMPUTER REQUEST COUNTRY. LANGUAGE THE GROUP ADD A GUEST USER ON THE COMPUTER WITHOUT THE EXPRESS PERMISSION OF THE COMPLAINANT, WITHOUT A WARRANT, OR A COURT ORDER. USING THE COMPUTER WITH A GUEST IS AN INVASION OF PRIVACY AND INTERFERANCE. CURACAO, T-MOBILE AND APPLE USES THE SAME "CODE," AND CONSPIRED AND INJURED THE COMPLAINANT WHO HAVE CAUSED NO INJURY TO THEM.

C.10 ) COMPLAINANT YAHOO ACCOUNT HAVE BEEN DAMAGED AND/OR DESTROYED

(21)

YAHOO.COM IS COMPLICITE IN THE DESTRUCTION OF THE ADDRESS. (X) ASKING THE WRONG SECURITY QUESTION. (6) HANG UP THE PHONE REFUSING TO ANSWER OR GIVE INFORMATION.

(11) THE IRS SEEMS TO GAIN ENTRY IN TO HOTMAIL.COM ACCOUNT USED ONLY TO OPEN AN HP COMPUTER COMPLAINANT GAVE NO PERMISSION TO ENTER OR DESTROY HOTMAIL.COM ACCOUNT. ONE INCIDENT OCCURRED WHEN THE HP COMPUTER WAS BEING USE AND ACTING STRANGELY BECAUSE AN ILLEGAL DOWNLOAD WAS OCCURRING. COMPLAINANT RESPONDED BY TURNING OFF THE

(22)

COMPUTER AND TAKING OUT THE BATTERY AS THE UNAUTHORISED DOWNLOAD WAS AT 61%.

ANOTHER TIME COMPLAINANT WAS WAS SITTING A EXAMINATION AT THE PEOPLE READY OFFICE ON SANTA MONICA OFFICE AND COULD NOT GAIN ENTRY. THE REPRESENTATIVE CALL ETO USE THE EMAIL ADDRESS. IRS TOLD THE DISPARRAGING INFORMATION ABOUT THE COMPLAINANT. THE REPRESENTATIVE WENT AND TOLD THE OTHER STAFF, OF PEOPLE READY WHAT WAS SAID THE BROUGHT IN CHAIRS SAT AND STAND TALKING THE COMPLAINANT MISSED TWO OF THE QUESTION ON

(23)

ON THE EXAMINATION. THE IRS PASSED DISPARAGING INFURMATION TO TH PEOPLE READY REPRESENTATIVE.

THE COMPLAINANT IS REQUEST A JURY TRIAL AND RESERVE THE RIGHT TO ADD OTHER CLAIMS AS APPROPRIATE. AD IF IT IS FOUND, THAT THE DEFENDANTS INTENTION INJURED THE COMPLAINANT THEY SHOULD PAY OF $25 MILLION DOLLARS AND THE IRS TWICE THAT AMOUNT. FOR MECHANIZING COMPLAINANTS' NAME AND YAHOO IMAGING ADDRESS, WHEN STAPLES CLERK AT THE PRINT FAX-CENTER PUT THE YAHOO EMAIL ADDRESS IT REDUCED THE POWER TO THE EMAIL-FAX MACHINE, FRIGHTEN THE CLERK. HE HAD

(24)

TO MOVE TO A DIFFERENT MACHINE. THIS EMBARASS THE COMPLAINANT. AND HAVE THE FEELING OF A GHOULISH ENCOUNTER AS COMING FROM THE DEAD.

THIS HAPPENS A SECOND TIME WHEN COMPLAINANT WENT TO PURCHASE CARTRIDGE FOR A PRINTER. THE SAME THING HAPPENED. ENTERING COMPLAINANT'S YAHOO EMAIL ADDRESS. STAPLES. COMPUTER VERMONT AND 6TH ST. WASHINGTON & FIGUEROA. REDUCED POWER THIS TIME. THE FEMALE CLERK HAD TO GO TO ANOTHER COMPUTER

AGAIN. COMPLAINANT WENT TO METRO PCS AND ENTERED COMPLAINANT'S NAME THE "GRIMMEY1 LAUGHING MONKEY.

(25)

ICON" APPEARED ON THEIR SCREEN.

THE COMPLAINANT PAID THE OUTSTANDING BALANCE TO REACTIVATE TELEPHONE NUMBER AND ACCOUNT. T-MOBILE THE BILL WAS PAID. THE NUMBER WAS UNAVAILABLE. COMPLAINANT WAS DISAPPOINTED AND WENT OVER TO VERIZON AND GOT A NUMBER THERE WAS NO "ICON" ON THE NUMBER BUT PREFERRED A MORE ORGANIZED NUMBER. THE REPRESENTATIVE SAID THE SYSTEM WAS NOT ALLOWING HIM TO GET A NUMBER. ONE THAT WAS CHOSEN, IMMEDIATELY THE "GIMMIKY LAUGHING MONKEY ICON" CAME BACK ON THE PHONE. VERIZON SERVED NO

(26)

COURT ORDER. OR WARRANT ISSUED. THE IRS IS NOT GOD. CAN'T MAKE MEN. OR MONKEYS. CAN NOT RULE OR MAKE THE WORLD. GOD GAVE THE COMPLAINANT A CONTRACT. THE IRS SABOTAGE THE CONTRACT LEFT THE COMPLAINANT TO EAT BREAD FOR BREAKFAST. LUNCH AND DINNER FOR DAYS SLEEP ON CONCRET FLOOR USING A U-HAUL FURNITURE BLANKET FOR COVER, RUIN YOUR BUSINESS WIPED OUT ALL YOUR ACCOUNTS IS CRUELTY, DESTROYED COMPUTERS, WORD PROCESSOR PRINTER WITHOUT A FORMAL REQUEST, A WARRANT OR ORDER BY ANY COURT, SPREADING RUMORS TO AS FAR AS LONDON, ENGLAND CAUSING GOUGING, SIDING WITH

(27)

CRIMINAL ELEMENTS IS UNBECOMING

THEREFORE COMPLAINANT REQUEST STOPAGE TO THE VIOLATION OF UNITED STATES CONSTITUTION CONCERNING PROPERTY AND PRIVACY RIGHTS AND THAT ALL DEFENDANTS PAY FOR THE INJURIES THEY DELIVERED TO THE COMPLAINANT.

DATED: AUGUST 02, 2017

RESPECTFULLY SUBMITTED

VINCENT K. EVANS
COMPLAINANT

( 28 )

# EXHIBIT A

# VAL-CHRIS INVESTMENTS, INC.
## RESIDENTIAL - COMMERCIAL LOANS & TRUST DEED PURCHASES

November 4, 2003

Dear Vincent,

Congratulations, you are approved for a loan with Val-Chris Investments, Inc. Subject to the appraised value of your home. As a valued customer, I appreciate the opportunity to serve you. I am keenly aware of how frightening it can be when faced with a foreclosure on your home. Let me assure you that I have years of experience in this arena and I know what steps to take to protect your property. I promise you I will work on this loan in a timely and professional manner and along the way I will periodically need your assistance and a way to contact you during the day, so a work telephone number or cell phone number is important.

I need your help with three simple steps:

1. Getting your property appraised (our investors require this)
   We will arrange with an appraiser to contact you for an appointment. **Please be aware that the appraisers are not affiliated with our company, and only operate on a C.O.D basis, so after you make an appointment with the appraiser and they give you the amount; please have a *Money Order* or *Cash* ready by the day they arrive.**

2. Applicant's certification and authorization form, **Sign** and FAX **to 949 252-0154**

   The next important issue is to sign, date and fill in your social number (both partners required if married) and mail or fax back the enclosed applicant's certification and authorization form to my attention. This allows me to request payoff amounts from lenders and mortgage companies and authorizes them to furnish us with the pertinent information we need to process your loan.

3. Mortgage coupons, all loans and Proof Of Insurance Please Don't Forget!!!!

   Please mail or fax a copy of your monthly mortgage payment coupons on all existing loans and proof of homeowners insurance (the declaration page, usually the first page) to me so I have the loan numbers.

Thank you again for allowing me to assist you and I look forward to working together as a team to solve this situation.

Sincerely

Yvonne Harvey
Senior Loan Executive

C:\My Documents\pleading\evans\motionsorder.doc

260 Main Street, Suite 280, Irvine CA 92614 • (949) 252-8004 •



# VAL-CHRIS INVESTMENTS, INC.
## RESIDENTIAL - COMMERCIAL LOANS & TRUST DEED PURCHASES

*Received*

EMC Mortgage
Phone 800-723-3004
Fax    972-402-7322
Attn. Bankruptcy Clerk

December 2, 2003

·Attn: Payoff Dept.

Please call me at 888-275-0125-ext.25 if this is NOT the CORRECT department.
VERY IMPORTANT!!!! Thank you
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

An escrow has been opened in this office wherein you are listed as the holder of a Note
and Deed of Trust covering the following:

Borrowers:  Vincent K. Evans
            SS: 262-75-████

Property Address: 3330 Hamilton Way, Los Angeles, CA 90026

Trustee #  Loan # 7403728

We are hereby requesting a Total Payoff amount good through January 10, 2004

Please FAX copy of your demand to: 949-252-0154 as soon as possible

Sincerely,

Yvonne Harvey
Senior Loan Executive
949-252-8004 ext. 25

Main Street, Suite 280, Irvine CA 92614 • (949) 252-8004 •

# EXHIBIT B

FTC v. EMC Mortgage Coporation, et al.
Claims Administration Center
P.O. Box 8060
San Rafael, CA 94912-8060



VINCENT EVANS
PO BOX 1931
LOS ANGELES, CA  90078-1931

09594

CLAIM #: FTCEMC-1028896-1

5130803

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
FTC v. EMC Mortgage Corporation, et al.
Claims Administration Center
P.O. Box 8060, San Rafael, CA 94912-8060

**FTC v. EMC Mortgage Corporation, et al.**

Dear Consumer:

The Federal Trade Commission ("FTC"), the nation's consumer protection agency, filed a complaint against EMC Mortgage Corporation and The Bear Stearns Companies.  According to the FTC, the companies misrepresented the amounts borrowers owed on their mortgages, charged unauthorized fees, and used illegal and abusive collection practices.

The FTC reached a settlement that requires the companies to compensate consumers like you, who have been injured by the illegal practices alleged in the complaint.  The enclosed check is your share of the settlement.
**Please cash the enclosed check by June 22, 2009.  After that, your check could bounce and you could be charged a bank fee.**

Please call us toll-free at 1-877-225-7510 if you have any questions.

To learn more about this case, visit: http://www.ftc.gov/opa/2008/09/emc.shtm.


 Sincerely,


Claims Administration Center

---

**NOTE: SEE REVERSE FOR SECURITY FEATURES**

FTC v. EMC Mortgage Coporation, et al.
Claims Administration Center
P.O. Box 8060
San Rafael, CA 94912-8060

Bank of the West    90-78/1211

Check No.
195701

5130803

PAY

***********Four Hundred Forty-four Dollars and 56/100***********

Date: May 07, 2009    Pay Amount: $444.56

TO THE
ORDER OF

CLAIM #: FTCEMC-1028896-1

VINCENT EVANS
PO BOX 1931
LOS ANGELES, CA  90078-1931

VOID AFTER June 22, 2009

⑈⑈00001957011⑈  ⑈121100782⑈:  0054280944⑈

# EXHIBIT C

FTC v. EMC Mortgage Corportion, et al.
Claims Administration Center
P.O. Box 8060
San Rafael, CA 94912-8060

CLAIM #: FTCEMC-1028896-1

VINCENT EVANS
PO BOX 1931
LOS ANGELES, CA  90078-1931

27771

5278244

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
FTC v. EMC Mortgage Corporation, et al.
Claims Administration Center
P.O. Box 8060, San Rafael, CA 94912-8060

**FTC v. EMC Mortgage Corporation, et al.**

Dear Consumer:

The Federal Trade Commission ("FTC"), the nation's consumer protection agency, filed a lawsuit against EMC Mortgage Corporation and The Bear Stearns Companies. According to the FTC, the companies misrepresented the amounts borrowers owed on their mortgages, charged unauthorized fees, and used illegal and abusive collection practices. The FTC reached a settlement that requires the companies to compensate consumers like you, who have been injured by the illegal practices alleged in the complaint.

You may have received a refund check in January, 2009. However, because money still remains in the settlement fund after the first round of refunds, the FTC is sending out a second round of refund checks. For some, this check may be the total of the amounts owed from the first and second refund mailings. The enclosed check is your final share of the money the FTC collected.

**Please cash the enclosed check by July 06, 2009. After that, your check could bounce and you could be charged a bank fee.**

Please call us toll-free at 1-877-225-7510 if you have any questions.

To learn more about this case, visit: http://www.ftc.gov/opa/2008/09/emc.shtm.

Sincerely,

Claims Administration Center

---

NOTE: SEE REVERSE FOR SECURITY FEATURES

FTC v. EMC Mortgage Corportion, et al.
Claims Administration Center
P.O. Box 8060
San Rafael, CA 94912-8060

Bank of the West   90-78/1211

Check No.
224915

5278244

PAY

***********Two Hundred Sixty Dollars and 02/100**********

Date: May 22, 2009      Pay Amount: $260.02

TO THE
ORDER OF

CLAIM #: FTCEMC-1028896-1

VOID AFTER July 06, 2009

VINCENT EVANS
PO BOX 1931
LOS ANGELES, CA  90078-1931

⑈0000224915⑈ ⑆121100782⑆ 005428094⑈

# EXHIBIT D

FTC v. EMC Mortgage Corporation, et al.
Claims Administration Center
P.O. Box 8060
San Rafael, CA 94912-8060



CLAIM #: FTCEMC-1028896-1

VINCENT EVANS
PO BOX 1931
LOS ANGELES, CA  90078-1931

22813

6403811

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
FTC v. EMC Mortgage Corporation, et al.
Claims Administration Center
P.O. Box 8060, San Rafael, CA 94912-8060

**FTC v. EMC Mortgage Corporation, et al.**

Dear Consumer:

The Federal Trade Commission ("FTC"), the nation's consumer protection agency, filed a lawsuit against EMC Mortgage Corporation and The Bear Stearns Companies.  According to the FTC, the companies misrepresented the amounts borrowers owed on their mortgages, charged unauthorized fees, and used illegal and abusive collection practices. The FTC reached a settlement that requires the companies to compensate consumers like you, who have been injured by the illegal practices alleged in the complaint.

You may have received a residual refund check in May 2009.  However, because money still remains in the settlement fund after the second round of refunds, the FTC is sending out a third round of refund checks.  For some, this check may be the total of the amounts owed from the second and third refund mailings.  The enclosed check is your final share of the money the FTC collected.

**Please cash the enclosed check by November 09, 2009.  After that, your check could bounce and you could be charged a bank fee.**

Please call us toll-free at 1-877-225-7510 if you have any questions.

To learn more about this case, visit: http://www.ftc.gov/opa/2008/09/emc.shtm.

Sincerely,

Claims Administration Center

FTC v. EMC Mortgage Corporation, et al.
Claims Administration Center
P.O. Box 8060
San Rafael, CA 94912-8060

Bank of the West          90-78/1211

Check No.
322813

6403811

PAY   ***********One Hundred Twenty-four Dollars and 66/100***********

TO THE
ORDER OF

Date: September 25, 2009        Pay Amount: $124.66

CLAIM #: FTCEMC-1028896-1

VOID AFTER November 09, 2009

VINCENT EVANS
PO BOX 1931
LOS ANGELES, CA  90078-1931

⑈⑈000032281311⑈  ⑆121100782⑆  005428094⑈

# EXHIBIT E

## SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

August 3, 2016

Vincent K. Evans
P.O. Box 1931
Hollywood, CA 90078

RE: Evans v. Alliance Funding
       (USCA9 Case No. 13-55062)

Dear Mr. Evans:

The above-entitled petition for a writ of certiorari was postmarked July 30, 2016 and received August 3, 2016. The papers are returned for the following reason(s):

The petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was February 26, 2016. Therefore, the petition was due on or before May 26, 2016. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

The time for filing a petition for a writ of certiorari is not controlled by the date of the issuance of the mandate. Rule 13.3.

Sincerely,
Scott S. Harris, Clerk
By:

M. Blalock
(202) 479-3023

Enclosures

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, _James White_ am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my address is P. O. Box 1931, Hollywood, CA 90078.

On _____ served the foregoing document described as placing a true copy thereof, enclosed in a seal envelope, address as follows:

INTERNAL REVENUE SERVICE

AMERICAN AIRLINE, LOS ANGELES AIRPORT, CURACAO, 1605 W. OLYMPIC BLVD. SUITE 805, LOS ANGEL. CA 70015 STAPLES, SANTA MONICA BLVD. LOS ANGELES CA, APPLE INC. THE GROVE. T-MOBILE. WILSHIRE BLVD. LOS ANGELES, CA.     VERIZON,     6TH STREET, LOS ANGELES, C.A.

YAHOO. COM. SUNNYVALE, CA

HOTMAIL.COM;

____(BY MAIL)   I cause such envelope with postage thereon fully paid to be placed in the United State mail at Los Angeles, California.
I am "readily familiar with the business practice of Vincent K. Evans claimants, for collection and processing of correspondence for mailing in the United State Postal Service. It is deposited that same day in ordinary course of business.

☒ (BY PERSONAL SERVICE)   I caused such envelope to be delivered by hand to office of the addressee.

____ (FEDERAL)   I declare that I am employed in the office of a member of this court at whose direction service was made.

XXX(STATE)   I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ at Los Angeles, California.

_____

C:\My Documents\pleading\evans\motionsorder.doc;

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

**DEFENDANTS**    ( Check box if you are representing yourself ☐ )

**(b)** County of Residence of First Listed Plaintiff *Los Angeles*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

*323/774-2892*

Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multidistrict Litigation - Transfer

☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No    (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ *25 mil +*

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
*INJURY WITHOUT JUST CAUSE; DESTRUCTION OF PROPERTY. INVASION OF PRIVACY. RACISM*

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**    Case Number:

**CV17-5809**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? ☐ Yes ☒ No | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
|  | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? ☒ Yes ☐ No | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
|  |  | ☒ NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
|  |  | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? ☒ Yes ☐ No | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
|  |  | ☒ NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
|  |  | ☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | | **A.** Orange County | **B.** Riverside or San Bernardino County | **C.** Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | | ☐ | ☐ | ☐ |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |
| If "yes," your case will initially be assigned to the | If "yes," your case will initially be assigned to the |
| SOUTHERN DIVISION. | EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. |
|  | Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | C |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?  ☒ NO  ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**  ☒ NO  ☒ YES

If yes, list case number(s):  CV 10 -03200 DSF (RZx)

**Civil cases** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____   DATE: 08-04-2017

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |